1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12 MARIAM ISPAHANI,                    )
                                       )  No. C 08-3111 SBA
13            Plaintiff,               )
                                       )
14       v.                            )  **STIPULATION TO DISMISS AND**
                                       )  **ORDER**
15 MICHAEL MUKASEY, Attorney General of )
   the United States; MICHAEL CHERTOFF,)
16 Secretary of the Department of Homeland )
   Security; JONATHAN SHARFEN, Acting  )
17 Director of United States Citizenship and )
   Immigration Services; ROBERT S. MUELLER, )
18 III; PAUL NOVAK, Director, USCIS, Vermont )
   Service Center, et al.,             )
19                                     )
              Defendants.              )
20 _____)

21     Plaintiff, by and through her attorney of record, and Defendants by and through their attorney of

22 record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of

23 the adjudication of Plaintiff's adjustment of status application (Form I-485).

24 ///

25 ///

26 ///

27 ///

28

Stipulation to Dismiss
C 08-3111 SBA                           1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: October 17, 2008                                Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

4 |

5 |         /s/
ILA C. DEISS

6 | Assistant United States Attorney
Attorneys for Defendants

7 |

8 | Dated: October 17, 2008                                        /s/
SHAH PEERALLY

9 | ERICH KEEFE
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   10/22/08                                        _____
SAUNDRA B. ARMSTRONG
United States District Judge

Stipulation to Dismiss
C 08-3111 SBA                                2